UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILFORD & FORD ASSOCIATES,<br>INC. and D. MICHAEL COLLINS,<br>    Plaintiffs<br><br>v.<br><br>CELL-TEK, LLC,<br>    Defendant/Third-Party Plaintiff<br><br>v.<br><br>ERIE INSURANCE EXCHANGE; L.<br>STEIN CO., INC. d/b/a FAXVANTAGE;<br>LEONARD (LENNY) STEIN, individually;<br>and UNIXUSA, LLC,<br>    Third-Party Defendants | CIVIL ACTION NO.<br>09-11261-DPW |

FINAL JUDGMENT
August 29, 2011

Upon entry of the *Final Order and Judgment Approving Stipulation of Dismissal of Class Action Settlement and Certifying Class* and the allowance of motions for default judgment as to Third Party Defendants L. Stein Co., Inc., d/b/a Faxvantage; Leonard Stein individually; and UNIXUSA, LLC, it is hereby ORDERED ADJUDGED and DECREED that:

The Defendant CELL-TEK, LLC shall take $1,800,000 jointly and severally plus interest and costs from L. Stein, Co., Inc., Stein and UNIXUSA, LLC on all counts contained in the Amended Third Party Complaint, and all other claims are DISMISSED.

DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE

-1-